## PRESLEY SPRUANCE, JR., v. MARY SHEWELL.

High Court of Errors and Appeals. August 6, 1823.

*Ridgely's Notebook IV, 261.*

## JONATHAN EASTBURN, DAVID EASTBURN et al. v. AARON JUSTIS.

Court of Chancery. New Castle. August 23, 1823.

*Ridgely's Notebook IV, 285.*

## PAUL BUSTI and JOHN J. VANDERKEMP v. WESLEY BUDD et al.

Court of Chancery. New Castle. August 26, 1823.

*Ridgely's Notebook IV, 290.*